# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PAMELA RATLIFF**, on behalf of herself, and all other plaintiffs similarly situated, known and unknown, | No. 20-cv-3400 |
| Plaintiff, | **District Judge The Honorable Sharon Johnson Coleman** |
| v. | |
| **JOE'S BARBEQUE, INC.**, AN ILLINOIS CORPORATION, **JOE'S BBQ AND FISH #1, INC.**, AN ILLINOIS CORPORATION, **JOE'S BBQ AND FISH #2, INC.**, AN ILLINOIS CORPORATION, **JOE'S BBQ ELGIN, INC.**, AN ILLINOIS CORPORATION AND **EVANS WEST, JR.**, INDIVIDUALLY | Magistrate Judge The Honorable Heather K. McShain <br><br> *JURY DEMAND* |
| Defendants. | |

## PLAINTIFF'S MOTION FOR DEFAULT ORDER AGAINST DEFENDANTS

NOW COMES Plaintiff, Pamela Ratliff, ("Plaintiff") on behalf of herself and all others similarly situated, known and unknown, by her attorneys of record, and in support of her Motion for Default Order Against Defendants, pursuant to Federal Rule of Civil Procedure 55(a)-(b), state as follows:

1. On June 9, 2020, Plaintiff filed her collective action complaint against Defendants Joe's Barbeque, Inc., Joe's BBQ and Fish #1, Inc., Joe's BBQ and Fish #2, Inc., Joe's BBQ Elgin, Inc. and Evans West, Jr. (collectively "Defendants"), to recover back wages and damages for violations of the Fair Labor Standards Act, Illinois Minimum Wage Law and the Chicago Minimum Wage Ordinance. Dkt. 1.

2. On June 22, 2020, following the filing of Plaintiff's Complaint, Plaintiff issued waivers of service to each of the Defendants.

3. On August 17, 2020, Joe's BBQ Elgin, Inc. returned an executed waiver of service. Dkt. 7. A responsive pleading deadline of August 21, 2020 was established.

4. On August 20, 2020, each of the remaining Defendants returned executed waivers of service. Dkt. 8. Each of the remaining Defendants were also provided a responsive pleading deadline of August 21, 2020.

5. To date, no response has been filed or received by Defendants. Further, no counsel for Defendants has contacted Plaintiff's counsel or filed an appearance with the Court.

6. Under Rule 55(a), the clerk is to enter the default of a party whom against a judgment is sought when that party has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff requests this Court to grant Plaintiff's Motion for Default Order against Defendants, and for such other relief the Court deems appropriate under the circumstances.

Respectfully submitted,

***Electronically Filed 09/02/2020***

s/ Samuel D. Engelson
Samuel D. Engelson

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 401
Chicago, IL 60604
(312) 853-1450