UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Pamela Ratliff
                Plaintiff,

v.                                          Case No.: 1:20–cv–03400
                                          Honorable Sharon Johnson Coleman

Joe's Barbeque, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 16, 2021:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [57], in which they report that they have agreed in principle to an individual settlement of the case on behalf of named plaintiff Pamela Ratliff. The parties state that they are finalizing details related to a payment plan, settlement agreement, and motion for approval of FLSA settlement. The parties request to submit their motion for approval of FLSA settlement to the District Court by 09/13/2021. The parties shall have until 09/13/2021 to file their motion for approval of FLSA settlement. The parties are to contact Chambers via email (at Chambers_McShain@ilnd.uscourts.gov) at any time should they require this Court 9;s assistance with any aspect of finalizing the settlement. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.