Pamela Ratliff

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:20–cv–03400
　　　　　　　　　　　　　　　　　　　　Honorable Sharon Johnson Coleman

Joe's Barbeque, Inc., et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2021:

      MINUTE entry before the Honorable Heather K. McShain: The District Court having terminated this case [60], the referral in this case is hereby closed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.